



**PROJECT UNSEAL**

Dirkson U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Dated: 6/23/2024

In Re: 1:97-CR-00169 – USA v. Meachum, et al

To whom it may concern,

I am a recent law school graduate, and I am interested in reviewing the indictment of cases that have had compassionate release motions filed. During my review of these dockets, I have discovered that this case's indictment remains sealed despite several years having passed since indictment and a conviction being entered.

I request that this court unseal the various documents in this case and make these records available for public review via Pacer.

Requested documents listed at the following entries:
4 – Indictment (dated Mar. 12, 1997)
58 – Superseding Indictment (dated Jun. 11, 1997)


Best,

Andrew Green, J.D.
1515 Dekalb Street, Unit 109
Norristown, PA 19401
projectunseal@gmail.com

RECEIVED
JUL 02 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Andrew Green
1215 DeKalb St unit 108
Norristown, PA 19401

Dirksen U.S. Court House
219 S. Dearborn Street
Chicago, IL 60604

PHILADELPHIA PA 190
24 JUN 2024 PM 5 L

FOREVER USA

